**In re JARRELL.**

District Court, S. D. California, S. D. April 26, 1929.

No. 11699.

Heskett, Weinberger & Miller, of San Diego, Cal., for trustee.

James J. Breckenridge, of San Diego, Cal., for bankrupt.

McCORMICK, District Judge. The order of the referee herein, dated January 17, 1929, is confirmed.